```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

          SEP 03 2021

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-730-VCF |
| Plaintiff, | |
| v. | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| JESUS MAGANA-ROJAS, <br> a.k.a. "Jesus Rojas-Loza," <br> a.k.a. "Jesus Rojas-Losa," <br> a.k.a. "Jesus Marino-Rojas," <br> a.k.a "Jesus Marana-Roja," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on September 21, 2021 at the hour of 4:00 p.m., be vacated and continued to _____ October 21, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 3rd day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

5